258 So.2d 549

**STATE of Louisiana, Through the DEPART-
MENT OF HIGHWAYS**

v.

**TRIPPEER REALTY CORPORATION.**

No. 52224.

March 15, 1972.

In re: Trippeer Realty Corporation applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 256 So.2d 683.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

258 So.2d 549

**Cecelia S. PONDER**

v.

**Mary P. PECHON et al.**

No. 52221.

March 15, 1972.

In re: L. B. Ponder, III, provisional curator and/or Mrs. Cecelia S. Ponder ap-

plying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Tangipahoa. 256 So.2d 802.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.